※ U.S. Court FEDERAL CLAIMS ※
※ Washington, D.C. ※

**ORIGINAL**

**FILED APR 14 2014**
U.S. COURT OF FEDERAL CLAIMS

R Wayne Johnson,
    ※ vs ※
Bd. Veterans Appeals, ETAL
U.S. Postal Serv,-
    Defendants

CAUSE NO:
14- 294C

Plaintiffs Original Complaint:
FOR Writ of MANDAMUS -AND-
Injunctive Relief: (MOTION TO
Appt Counsel): 28 USC -1915(e); Equal
Access To Justice Act: 28 USC 2414(d)

May It Please The Court:

Pursuant to 28USC 1361-, 28USC 1339
(Postal),- Miller, 12 OSCE 2246,- this
plaintiff sues defendants - 28USC-
1391 And seeks counsel - he cannot
file suits: To wit:

(1)

\* Unauthorized Practice LAW \*

1) <u>In re Cash</u>, 2013 B.R. LEXIS - 1097 (DALLAS)
"State laws govern unauth practice of law - " 81.101 Tx Gov Code; <u>NOLO Press</u>, 991 SW2d 768 (TX) - "preparation of ANY pleading or document to ANY court or judge..."

2) <u>VOID-Act</u>: <u>Cravin</u>, 22 SW3d 58-61 - "ANY act taken by a person that is <u>not</u> <u>AN</u> atty that constitutes unauthorized practice of law is <u>VOID, NO effect</u>."

3) <u>Crime</u>: 38.12 <u>Barratry</u>: "files a suit the person has <u>NO</u> <u>authority</u> <u>to PURSUE</u>."

### * FACTS *

4) Board Veterans Appeal currently has Johnson's <u>SERVICE</u> <u>connected</u> - PTSD claim; (USMC - 1968-71 - Before it. Per: Psychiatrist Ofmata - w/ medication passes.."

\*(2)\*

5) The regional office (Houston, TX) ALLOWED LAYPERSONS to make the findings — AND allowed Karen Siegal (Chicago) to FILE his claim for him. NO atty!

A) For the most part, Johnson's claim in TX was procured by laypersons — The claim requires; "... requires use of legal skills or KNOWLEDGE — including ADVICE..." Violates; 81.101 TX Gov Code: Crain: supra; "VOID Act"..

B) Germane hereto is that Johnson-is Upsetting 100 yrs of TX-law — EXPOSING HOW all TX Judiciary, TDCJ's — (Counsel Substitutes — Law library-prisoners, — (disciplinary) — Allows — Unauth practice law — (paid criminals — 38.122, —38.123 Penal Code — By TX legislature); TX History! Parole Bd. too!!

6) This is the first time a Veteran has realized HOW it Applies to VA claims...

*(3)*

7) To this end, Veteran Appeals are "Aiding-Assisting" regional employees in their crimes against Johnson – Unauthorized Practice Law 38,123 Under Law Parties – 7.02 Penal Code (aid-assist) – Powell, 194 SW3d 503 – "Before, during-after offenses."..  Bd Vet Appeals: SAme crimes.'

8) Counsel must be Appointed – to protect Johnsons claims – As well as this Suit: 1st Amend – Fundamental right Access courts: In Re Primus, 98 SCt 1893 Suit is "property" under 5th Amend – "property": Logan, 102 SCt 1148-55 – Const Law -277-. It can't be "TAKEN" SANS compensation: Robbins, 127 SCt 2588-2599 – Davis, 99 SCt 2274..

\* FACTS: U.S Postal SERV: \*

9) These exhibits show that U.S.P.S defendants allow prison officials to deliver-open mail to commit

\*(4)\*

these crimes _daily_. (Mail is personal _property_; 111.004 (12) property code –

A) 18 USC–111 "Interfere W/ U.S. EMPLOYEE"
B) 18 USC–912 "Impersonate U.S. EMPLEE
C) 18 USC–1702 (cant open–read– ACCEPT NO mail) –
D) 18 USC–1729 "Conducting–operating U.S. Post Office W/O Authority"
E) 18 USC–1341,–371,–,241,–
F) 39 USC–101 Unlawful delay of MAIL" (precludes _all_ denials by TDCJ "rule" – BP.03.91.. single _rule_ – to _allow_ _crimes_!!
G) McNaly, 107 SCt 2875-85– "_Use of MAIL_ as instruments of crimes.."
H) Theft Gov money–18USC–641–???!
I) 18 USC 1503,–1513, 1511–1510..

10) Johnson wrote U.S. Senators (TX) Thort (Amarillo) – Brady (Huntsville).. NO responses!

11) U.S.P.S. sent Johnson 615,1 mail Addressed to ~~Persons~~ Inmates (Postal Operations MANUAL).

*(5)*

12) As of 615.1 "Authorized federal crimes -
A) Hamling, 94 SCt 2887-2928 - (39 USC 3008 - cease forwarding mail - BUT! 39 USC 4006 *after* admin proceedings: Rizzi, 91 SCt 423 (TRO - 39 USC 4007)! ONLY USPS can Halt mail (not, TDCJ "rule" to DENY photos, maps - not even order paper - envelopes as of 3-1-2014 - T+Bard!

13) ACLU - attys - prison legal news - etc - HAVE themselves sued many state jails - prisons over (void) rules - when NO atty in U.S.A. - "Seen" (?) these crimes? Color me AMAZED! Crestfallen. TURNER, 107 SCt 2254 (worthless - sets mail "rules" standard - (NO one put forth the crimes!)..

MOTION TO APPT COUNSEL:
14) Pursuant to 28 USC - 1915(e) - Equal Access to Justice Act 28 USC 2414(d) Johnson must be appointed counsel (mandatory) to prevent unauth pract Law - and his crime (theirs too) -

(6)

Wherefore Johnson moves

1) The court Appoint Counsel
2) Issue Writ of Mandamus To Halt these crimes shown By defendants - Injunctions as be entitled -
3) Award him damages of no less than $4 million. (use of laymans) - use "VOID" rules to allow mail crimes U.S.P.S - "Aid-Abet" - 18 USC-2 - others, By 615.1 (operations mail manual) -

Respectfully,

R Wayne Johnson 282756
9601 SPUR 591 Clements
Amarillo, TX        Unit
79107-9606

Verified: I declare all Above is true 28 USC 1746

R Wayne Johnson

(7)



**U.S. POSTAL REGULATORY COMMISSION**
Washington, DC 20268-0001

Office of Public Affairs
and Government Relations

September 20, 2012

R. Wayne Johnson 282756
9601 Spur 591
Amarillo, TX 79107-9606

Dear Mr. Johnson:

I am writing in response to your correspondence to the Postal Regulatory Commission regarding handling of your mail in your correctional institute..

In regard to your concerns about handling of mail in your institution, the Commission's regulatory authority does not extend to prison mail. It may be helpful for you to know that the Postal Service advises that their jurisdiction over mail addressed to persons receiving their mail at an institution ends upon delivery. Once mail has been delivered to the facility, it is the responsibility of the institution's authorities to distribute the mail to the residents, clients, or others affiliated with the institution.

Similarly, outgoing mail from the institution does not become United States mail until it is placed into the care of a Postal employee or deposited into an official Postal Service mailbox. As you mentioned you had filed a grievance with authorities at your institution about their internal regulations, you may also want to contact a representative of the American Civil Liberties Union (ACLU) about your concerns. The address for the ACLU National Prison Project is 915 15th St NW, Washington, DC 20005-6016.

I hope this is helpful for you.

Sincerely,

for Deborah Randall
Consumer Relations Specialist

-2-

As the position of Postmaster rarely changes as much as the person occupying the position, mail addressed to the "Postmaster" with the City, State and ZIP Code, will reach its intended designation.

Thank you for your interest in the U.S. Postal Service.

Sincerely,

*Geraldine Price*

Geraldine Price
Consumer Research Analyst

Enclosures

RECORDS OFFICE


**UNITED STATES**
**POSTAL SERVICE**

October 15, 2012

R. Wayne Johnson
9601 Spvr - 591 - Clements Unit
Amarillo, TX 79107-7606

RE: FOIA Case No. 2013-FPRO-00046

Dear Mr. Johnson:

This is an acknowledgement to your Freedom of Information Act (FOIA) request of October 9, 2012, in which you seek access to Postal Service records. Your request was received by this office on October 15, 2012, and assigned FOIA Tracking Number 2013-FPRO-00046.

If you have any questions regarding your request, please contact the Postal Service FOIA Requester Service Center at (202) 268-2608 between the hours of 8:30 a.m. – 4:30 p.m., Eastern Standard Time.

Sincerely,

*Tracy Dobson*
Tracy Dobson
Consumer Research Analyst

[Handwritten annotations:]
DAVID Vogel
HQ VMC - 3000 MC
Pentagon
20350 -
BarBara          3000
Gonzales -

Ruth ABrams
Geraldine Price

475 L'ENFANT PLAZA SW, RM.9431
WASHINGTON DC 20260-1101
(202)268-2608
FAX: (202)268-5353