ORIGINAL

*U.S. Court FED'L
cl's "

FILED
JUN 30 2014
U.S. COURT OF
FEDERAL CLAIMS
By leave of the Judge

R Wayne Johnson, -
*VS*
U.S. Postal SERV,
Bd Vet Appeals,

#14-294C

*Plaintiffs VERIFIED:
Response To Dismissal*

To Biased Court:

Counsels "deBONAIR" pleading insidiously promotes counterfeit LAW: (Veneer documents in reality): UNAppetizing details:

1) Response To Jurisdiction: Defendants Argument unwisely marks a caricature of the LAW.

A) Judge Firestones 5-30-14 order shows that this court can: "only render a Judgment Against govment for money due To petitioner." cites: US. 131 S Ct 1723 - at 1729 ALSO: Bowen, 108 S Ct 2722 - "Fed claims court only money Judgments."

B) Defendants quote, pg. 2 - 28USC1491 - "ANY Act of Congress .." invokes Jurisdiction .. These: 28USC1339 (postal) - 28USC1331, - 1346; 28USC2501 (takings), - 39USC4057, 39 USC952 (Gen counsel postal dept), - 38USC3008, 4006 - Rizzi, 91SCt423, - (federal crimes: 18USC 912, 111, 1729, - 1702, 1703, - 241, 371, - ..

C) Constitutional Provisions: 1st AMEND (mail - free speech - BURSON, 112SCt 1846-50 - ABBOT - 109SCt 1874 - LAMONT, 85SCt 1493; 4th AMEND (Search Warrant to open mail - 39USC4057 - LAMONT - supra, - 39 ~~USC~~ CFR - 452 (Gen counsel postal dept) - McNaly, 107SCt at 2885 - Focus upon MIS-use of postal SERVICE, - not use mails AS instruments of crimes."

NOTE: Counsel's mailing caused more crimes - they've "AIDed" TOCJ - (USPS - Amarillo) in their crimes - 18USC2, 371, -

D) 5th Amend: "takings": ROBBINS, 127SCt 2588-2631 "He has suit direct under 5th Amend. He is correct" DAVIS, 99S.Ct 2264-77 - Jacobs, 54SCt 26 - DOLAN, 114 SCt 2309

E) Extortion: 18USC-1951(b)(2) - Logan 102SCt 1148-55 - Const Law 277 - Suit is property protected by 5th Amend PROperty component - due process too "Rogers, 78SCt 1089.. Robbins - at 2599 (Extortion quoted (take property):

2) 1st Amend: Access To Courts (Fundamental) In Re Primus, 98SCt 1893-1901 - "collective activity undertaken to obtain meaningful access to courts is a fundamental right - within reach of 1st Amendment.."

A) Elrod, 96SCt at 2700: "Loss of 1st Amend freedoms for even minimal periods of time, unquestionably constitutes Irreparable injury.."

3) pg 3 - Defendants counsel Argues - (a hypnotic Belief) - that Manual .274.96 - (39CFR. 211.2a-(2) somehow allows USPS to commit federal crimes Against convicted felons.. The ASM, -CFR are captive of their own FICTION:

A) ASM - C.F.R. Both Enacted By EXECutive Branch that is a feeble attempt to invade congress' - Statutes (that prohibit it) - crimes: 18USC-912 Impersonate U.S. Employee (USPS - 2301 Ross - give mail To TDCJ so we both can commit crimes Against the prisoners) - 18USC-111, - 18USC 1702, 1703, 1729 "Conduct PostOFFice W-Out Authority - (eliminated By ASM - CFR's): Separation of Powers - Miller 120SCt 2264 - Loving, 116SCt - EXECUTIVE invaded province of congress:

B) Germane hereto is: Plaunt, 115SCt 1447-56: "NO article 3 courts decision can Be Suspended or overruled by Another Branch of the govment. It is an ASSUMPtion of Judicial Power - AND is FORBIDDEN.." Bates, 2 Chipman 77 (1824)..

(State "rule" BP03.91 - TDCJ) Thorton 115 SCt 1842-1887 - "Supremacy Clause declares that state laws CANNOT supersede the constitution.."

#12-

C) LARHON off; 97 SCt 2150-2156 #12- "regulation operates to create a rule out of harmony with a statute is a mere NULLity." Comminion, 56 SCt 397- ERNst, 96 SCt 1375, - AS expressed by statute."

(Thus: ASM-'s-CFR's-are NULLity's- they all violate Separation of Powers - AND- accordingly -are- per U.S. SupCt- "NULL and VOID."- not IN harmony with 18USC- 912, 111, 1729, 1702, 1703, -1513 (Retaliation) ASMs -CFR's cause USPS to Retaliate FOR exercise of 1st Amend freedoms (speech).

*(Marshall! FBI! ARREST-USPS-at 2301 Ross-, ASAP! AS well as TDCJ-UNit).

4) NO ONE- including Judges- attys- ARE not allowed to commit ("AID"- 18USC-2, -371) mail crimes: AS counsel did- with their own "mailing" their pleading- mail FRAUD- 18-USC 1341 (Ditto!)

5) Response: Unauth practice of Law- (By regional - 38USC 5109 - (Houston)*

A) "State laws govern Un P. law" (as the Suit "says" (pg 2): In Re Cash, 2013 B. R. Lexis -1074- (Not -38USC-512-) In-asmuch- as regional staff not Exempt from state crimes - By "GRACE" - of 38USC- 512..

B) The suit defines - 81.101 GovCode as does - In Re Cash - supra.. Thus, PER state LAWS, (in context of practice Law) - regional "LAYPERSONS" staff - processing Johnson's PTSD claim is a VOID Act!

1) Regional paid by DVA to commit crimes against Veterans (statewise), 38.122 Falsely Hold Self Out AS LAWYER. 38.123 UNAUT Practice law.. Subject to arrest - prosecution - Just as ANYONE is:

C) Mary Mitchell - regional atty (Craw-ley too) are being faced with a

State Bar disciplinary (Next week Filed) - Rule 5.05(b) - "Lawyer shall not Assist a person not a member of State Bar in Unauth practice of law." (Revoke License)

6) Johnson has already filed one on TDCJ attys (TX Board - Howell) - Legal Affairs - (4) - ) - Staff counsel for offenders (7) - for Rule 5.05 (b) discipline: use BP 03.81 to allow prisoners to do own legal work - give Advice - VOID - rule (it violates 81.101 Gov code) -

7) at ANY rate: regional staff's Action Johnsons PTSD claim - VOID! Crain, 22 SW3d 58-61 - "ANY act taken by a person not an atty that constitutes UNAuthorized practice of law is VOID - NO effect." (pg 2 - Suit)

8) Johnson's Acts in this Suit - VOID, AND court - counsel ALLOWS his crimes - 38.12 - Barratry: Thus. counsel MUST Be Appointed "he cant File Suits" pg. 1 - ignored!

9) The focus ON regionals Illegal Acts- (not Johnson's right to counsel), IN paid by DVA for VOID Acts, crimes! ONCE that "threshold" issue is resolved such eliminates any concern of Johnson's right to atty - in this court - is nature of motion.. Johnson doesn't worry of atty - instead he doesn't want criminals - illegally processing his claims at regional - per state laws, (not federal 38USC-512 - CAN'T authorize crimes - AS ASM - CFR - can't allow USPS to commit federal crimes - delegate their duties to TDCJ! (as if to AUTHorize their crimes)!

10) In addition, - state crimes, federal mail crimes are SUSTAINED by TDCJ - atty West, Inspector General - #512-671-2480 (AUSTIN) VIA (2) UNIT AGENTS Advised wardens, all staff their rights "YOU are committing crimes.."

(4616 W Howard-LN (Austin) for Verification-

*MOTION FOR Oral Deposition By Court Or Counsel -or- Verified AFFIDAVIT*

11) Johnson moves court -or- order counsel to contact atty West and obtain his deposition or- Verified-not-arezed Affidavit that: "Yes- TDCJ MAIL rooms- others are committing mail crimes named- 18USC 912, 1729, 1702,-111, 1513,- etc."

12) For all purposes, Johnson HAS NEVER Been a VEXATIOUS litigant. See order- 156th - Bee COUNTY Cause NO: B-01-1159-0-CV-B- 6-14-01 (VOID). AS ON file IN CASE is Judge Johnson's 5-3-01 (NON-Suit-Order- (Thus 6-14-01 - issued 11- DAYS Beyond 30 day power- NO Jurisdiction)!

13) Charging fees-not Issue! Instead, its regionals illegal Acts-PAID By DVA TO doso. Claim ON Appeal-VOID!

14) Counsel - NOW - can be Sued AS state Actors: Brentwood, 121 SCt 924 - "willful participate w/-state - use its sources - laws" McCollum, - 112 SCt 2348 - Adickes, 90 SCt 1598 - 1606 - Lugar, 102 SCt 2744 - Edmonson 111 SCt 2077 - Const law 221(4) -

* DAY 82 SCt 1432 "suggestion that Congress may constitutionally Authorize ANY process other than a fully Judicial one, Immediately raises the GRAVest doubts." 38USC - 4006 -

15) Lastly, suggestion of vexatious litigant is - eliminated - nonetheless - as NO PRO-SE work allowed in Tx - its UNauth practice of law 81.101 - a VOID act - crain, SUPRA. defendants reference to Haines, 92 SCt — not worthy of reply: NO pro-se in Tx -

A) Judges - atty - violate - 5.05(b) disciplinary to "Assist" a pro-se.. (pg — ABOVE) cited In - In Cash - 2013 B.R. LEXIS - 1074 (atty Tenmann surrendered his license to AVOID - Rule 5.05 (b) SANCTIONS)

B) As the court - Cash (Dallas) "Ms-Harlan - pro-Se - Fined $1,500.00.. Injunction issued.." In Re Potts, 399 SW3d 685 (Houston Appeals - "mother could not File motions.." ) 4-18-13! - Pro-Se!

16) Defendants pleadings "False Facts" - violate Tx Bar Rules: 3.03, 8.04, 5.05(b) (They are subject to discipline - Lopez, 126 SCt 2557.. (Full faith credit clause - U.S. Const. -

17) Falsify Gov Records - 37.10 Penal Code - counsels crimes - Vasilas, 253 SW3d 268 (Atty conviction upheld) "False statements - clients Suit.." Suit - Gov Record - 37.01..

18) Can Be Sued "Civil-conspiracy" state court via Long-Arm Statute - Tx.. OR - "direct under U.S. Const" Robbins, supra, Barnes 122 SCt 2097 *

OVER →

Wherefore - Court has Jurisdiction to order money - the 12(b)(6) - is ALSO frivolous due To all Above - a meritless claim - SERVICE. I sent copy of this To A. Fuk PO Box 480 - Wash. D.C. 20044 ON 6-23-4

* (11) * Filed in 1 court Too
R N Johnson

No. B-01-1159-0-CV-B

| | | |
|---|---|---|
| *R. WAYNE JOHNSON, A.K.A. "LEGAL EAGLE",* **Plaintiff.** | § | **IN THE DISTRICT COURT OF** |
| *v.* | § | **BEE COUNTY, TEXAS** |
| *JOHN CORNYN, ATTORNEY GENERAL, AND ANDY TAYLOR,* **Defendants.** | § | **156th JUDICIAL DISTRICT** |

**ORDER**

On June 14, 2001, this Court held a hearing on Defendants' Motion to Declare Plaintiff a Vexatious Litigant. After due consideration, the Court grants the motion.

~~Plaintiff Johnson is ordered to provide $250 as security. This litigation shall remain stayed until the security is paid. Plaintiff Johnson is warned that failure to provide this security within 30 days may result in dismissal of this lawsuit.~~

Plaintiff Johnson is prohibited from filing any more litigation in Texas courts without permission of a local administrative judge. A copy of this order shall be to the Office of Court Administration of the Texas Judicial System under TEX. CIV. PRAC. & REM. CODE §11.104.

Date: June 14, 2001

Janna Whatley
JUDGE PRESIDING

VOID order: Judge Johnson's 5-3-01 order - Trumps this (11-days - Beyond 30 day power Rule 329b (d) · NO Jurisdiction

FILED: 14 Day Of June 20 01
at 1:45 o'clock P M. at Beeville, Texas
SANDRA CLARK
Clerk of the District Court of Bee County, Texas
By [signature] Deputy