**ORIGINAL**

# In the United States Court of Federal Claims

No. 14-294C and No. 14-537C
CONSOLIDATED
(Filed: August 5, 2014)
UNREPORTED

**FILED**
**AUG - 5 2014**
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| R. WAYNE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

### ORDER

R. Wayne Johnson, ("Mr. Johnson" or "plaintiff"), brings these consolidated cases alleging unlawful conduct by the federal government. Plaintiff is currently incarcerated in the Clements Unit of a Texas state prison in Amarillo, Texas. Plaintiff, proceeding pro se, has also applied to proceed in forma pauperis. Pending before the court is the government's motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff's motion for summary judgment, and plaintiff's motion to certify certain questions to Texas state courts. For the reasons explained below, plaintiff's complaints are **DISMISSED**.

Under 28 U.S.C. § 1915(g), a prisoner proceeding in forma pauperis may not bring a civil action in federal court if, while incarcerated, three or more of his actions or appeals were dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. That provision states:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of

serious physical injury.

28 U.S.C. § 1915(g).

In reviewing the filings in this case, the court has determined that plaintiff far-exceeded the three-strike limit prior to his filing in these cases. See Johnson v. Whatley, 73 F. App'x 79 (5th Cir. 2003) (finding Mr. Johnson had "accumulated four 'strikes' under 28 U.S.C. § 1915(g)," and barring him bringing civil actions or appeals while incarcerated absent a showing of imminent danger of serious physical injury); Johnson v. Scheck, No. 14-CV-4674 (S.D. N.Y. July 14, 2014) (finding Mr. Johnson was barred from proceeding in forma pauperis because of eight prior frivolous cases or appeals). Having reviewed plaintiff's briefs, the court finds that he has not alleged that he is in imminent danger of serious physical injury. Instead, plaintiff complains that he has been denied certain veterans benefits and that certain individuals have interfered with the delivery of his mail. Accordingly, plaintiff is barred from filing these actions in forma pauperis.

For the forgoing reasons, the court **DENIES** plaintiff's request to proceed in forma pauperis, and the complaints are **DISMISSED** without prejudice under the three-strikes rule, subject to reopening if plaintiff pays the filing fee within 30 days.[1]

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge

---

[1] Having dismissed the complaint, plaintiff's motion for summary judgment and for certification to the Texas Supreme Court are **DENIED AS MOOT**.