**ORIGINAL**

# In the United States Court of Federal Claims

Nos. 14-294 C and 14-537 C
(Consolidated)

**FILED**
AUG - 6 2014
U.S. COURT OF FEDERAL CLAIMS

R. WAYNE JOHNSON

v.

THE UNITED STATES

**JUDGMENT**

Pursuant to the court's Order, filed August 5, 2014,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaints are dismissed, without prejudice, under the three strikes rule, subject to reopening if plaintiff pays the filing fee within 30 days.

Hazel C. Keahey
Clerk of Court

August 6, 2014

By: *[signature]*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.