# In the United States Court of Federal Claims

No. 14-294C and No. 14-537C
CONSOLIDATED
(Filed: August 6, 2014)

**FILED**
AUG - 6 2014
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| R. WAYNE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above-captioned case has been dismissed and the court therefore **DIRECTS** the Clerk to return unfiled plaintiff's motion for a temporary restraining order or preliminary injunction.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge